UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| LORRAINE KENNY and CARL J. LOEHR<br><br>Plaintiffs,<br><br>v.<br><br>BNSF RAILWAY COMPANY, et al.,,<br><br>Defendant. | CASE NO. C11-624 RBL<br><br>MINUTE ORDER CONSOLIDATING CASES |

NOW on this 29th day of August 2012, the Court directs the Clerk to enter the following Minute Order:

Lorraine Kenny v. BNSF Railway Company C11-624RBL and Carl J. Loehr v. BNSF Railway Company C11-729RBL are CONSOLIDATED for all purposes, including trial. All future pleadings shall be filed in and under case *Kenny and Loehr v. BNSF Railway et al.,I C11-624RBL*. **Counsel are directed to immediately modify their pleadings to reflect this change.**

The Jury Trial remains set for October 22, 2012 @ 9:00 am. The cases will be tried together with the same jury. There will be separate closings and jury instructions for each plaintiff.

The foregoing Minute Order entered by ___Jean Boring_____, Deputy Clerk, BY DIRECTION OF THE HONORABLE RONALD B. LEIGHTON, UNITED STATES DISTRICT JUDGE.

Minute Order - 1